**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM E. CALLAHAN,<br>       Plaintiff | : <br> : <br> : |
| v. | :     Civil Action No.<br> :     3:01 CV 1205 (CFD) |
| UNISOURCE WORLDWIDE, INC.,<br>ET AL.,<br>       Defendants. | : <br> : <br> : |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_X_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_X_  A ruling on the following motions which are currently pending:(orefm.) **Doc. #44, Motion to Quash Subpoena Duces Tecum; Doc. #45, Objection to Subpoena Duces Tecum**

\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_  A conference to discuss the following: (orefmisc./cnf)_____

\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this _14th_ day of October 2003, at Hartford, Connecticut.

                                                                   _____
                                                                   **CHRISTOPHER F. DRONEY**
                                                                   **UNITED STATES DISTRICT JUDGE**