FILED

2003 OCT 16  P 1:00

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. CALLAHAN, | : |
|     PLAINTIFF, | : |
| VS. | : DOCKET NO: 3:01CV1205(CFD) |
| UNISOURCE WORLDWIDE, INC.,<br>GEORGIA-PACIFIC CORPORATION,<br>ALCO STANDARD CORPORATION<br>AND IKON OFFICE SOLUTIONS,<br>INC., | :<br><br><br>:<br> |
|     DEFENDANTS, | : |
| | |
| EUGENE PANECCASIO, | : |
|     PLAINTIFF, | : |
| VS. | : DOCKET NO: 3:01CV2065(CFD) |
| UNISOURCE WORLDWIDE, INC.,<br>GEORGIA-PACIFIC CORPORATION,<br>ALCO STANDARD CORPORATION<br>AND IKON OFFICE SOLUTIONS,<br>INC., ET AL | :<br><br><br>:<br> |
|     DEFENDANTS, | : OCTOBER 16, 2003 |

**MOTION TO CONSOLIDATE FOR DISCOVERY
PURPOSES**

The plaintiffs William Callahan and Eugene Paneccasio move to consolidate further discovery for the following reasons:

1. Both cases involve allegations of age discrimination under the Age Discrimination in Employment Act, 29 U.S.C. §621 et seq.

2. Both Mr. Callahan and Mr. Paneccasio were employees of Unisource and participants in the 1991 Deferred Compensation Plan.

3. There are common defendants.

4. There are common witnesses, e.g., Gary Setta, board members at IKON and the Administrator of the Deferred Compensation Plan at issue.

5. Time and resources can be saved by all parties by consolidation of these two cases, for example, when deposing particular witnesses.

THE PLAINTIFFS,
WILLIAM E. CALLAHAN
AND EUGENE PANECCASIO

BY _____
ANDREW B. BOWMAN
Federal Bar No: ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570 (Fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 16th day of October, 2003 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

Kay Kyungsun Yu, Esq.
Joseph Costello, Esq.
S. Elizabeth Hamilton
Morgan, Lewis & Bockius
1701 Market Place
Philadelphia, PA 19103

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

ANDREW B. BOWMAN