

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. CALLAHAN | : |
| PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV1205(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | : : : : |
| DEFENDANTS | : OCTOBER 16, 2003 |

**AFFIDAVIT OF ANDREW B. BOWMAN**

Andrew B. Bowman having been sworn, deposes and says:

1. I am counsel for the plaintiff in the above-entitled action.

2. I have noticed depositions of the Custodian of Records for Unisource for October 20, 2003 and for Gary Setta, a former officer of Unisource for October 28, 2003. A subpoena duces tecum has also been issued for Mr. Setta. There are four other depositions that need to be taken in behalf of the plaintiff. These depositions will be taken on or before December 10, 2003.

3. The delay in completing discovery on plaintiff's part is due to the commitments of counsel to a criminal case in this Court which took and has taken a tremendous time commitment from counsel, and therefore counsel is requesting an extension of time until December 10, 2003 in which to complete discovery.

_____
ANDREW B. BOWMAN

Subscribed and sworn to before me this 16th day of October, 2003.

_____
NOTARY PUBLIC

JUNE E. MASTRONARDI
NOTARY PUBLIC
MY COMM. EXPIRES 1/31/2004

2