UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM E. CALLAHAN  :

      PLAINTIFF  :

VS.  : DOCKET NO: 3:01CV1205(CFD)

UNISOURCE WORLDWIDE, INC.,  :
GEORGIA-PACIFIC CORPORATION,
ALCO STANDARD CORPORATION
AND IKON OFFICE SOLUTIONS,  :
INC.

      DEFENDANTS  : OCTOBER 16, 2003

### PLAINTIFF'S MOTION TO COMPEL

1. Plaintiff William Callahan moves to compel compliance with the subpoena issued to Gary Setta commanding his presence along with documents at a deposition scheduled for October 28, 2003.

2. If the Court grants plaintiff's motion for extension of time, this deposition should go forward expeditiously.

3. Plaintiff has also noticed the deposition of Custodian of Records of Unisource for Monday, October 20, 2003, and defendants are refusing to appear for that deposition.

4. The records requested in that Notice of Deposition are critical to the Setta deposition, and if the Court grants plaintiff's motion for extension of time in which to complete discovery, defendant Unisource should be compelled to comply with the request for production that is a part of the Notice of Deposition of the Custodian of Records of Unisource.

For these reasons it is requested that the Court order that the Custodian of Records appear and produce the records called for in the Notice of Deposition, Exhibit A and that the deposition proceed on Monday, October 20, 2003 or as soon thereafter as the Court deems appropriate.

                                                            THE PLAINTIFF,
                                                            WILLIAM E. CALLAHAN

                                                            BY *[signature]*
                                                            ANDREW B. BOWMAN
                                                            Federal Bar No: ct00122
                                                            1804 Post Road East
                                                            Westport, CT 06880
                                                            (203) 259-0599
                                                            (203) 255-2570 (Fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 16th day of October, 2003 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

Kay Kyungsun Yu, Esq.
Joseph Costello, Esq.
S. Elizabeth Hamilton
Morgan, Lewis & Bockius
1701 Market Place
Philadelphia, PA 19103

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

ANDREW B. BOWMAN

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF _____Connecticut_____

William E. Callahan

V.

Unisource Worldwide, Inc., et al

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1] 3:01CV1205(CFD)

TO: Gary Setta
10R Greenwoods Road
Granby, Connecticut

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Law Offices of Andrew B. Bowman<br>1804 Post Road East, Westport, CT 06880 | 10/28/03 at 9:30 a.m |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): All records, memoranda pertaining to William Callahan including but not limited to his Unisource severance and all conversations and negotiations with William Callahan and his attorney Albert (Mac) McGrail.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] ATTORNEY FOR PLAINTIFF | 10-8-03 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Andrew B. Bowman, 1804 Post Road East
Westport, CT 06880 (203) 25990599

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. CALLAHAN | : |
| PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV1205(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | : |
| DEFENDANTS | : OCTOBER 8, 2003 |

### NOTICE OF DEPOSITION

TO:  Felix Springer, Esq.
Jennifer Sachs, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

Kay Kyungsun Yu, Esq.
Joseph Costello, Esq.
S. Elizabeth Hamilton
Morgan, Lewis & Bockius
1701 Market Place
Philadelphia, PA 19103

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 30, plaintiff William E. Callahan will take the deposition upon oral examination of **Gary Setta** at 9:30 a.m. on **Tuesday, October 28, 2003** at the offices of Andrew B. Bowman, 1804 Post Road East, Westport, Connecticut 06880. The deposition will be recorded by a certified stenographic reporter. The deposition will continue from day to day until completed. You are invited to attend and cross examine.

THE PLAINTIFF,
WILLIAM E. CALLAHAN

BY /s/ Andrew B. Bowman
ANDREW B. BOWMAN
Federal Bar No: ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570 (Fax)

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Deposition was mailed, postage prepaid, certified return receipt requested on this 8th day of October, 2003 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

Kay Kyungsun Yu, Esq.
Joseph Costello, Esq.
S. Elizabeth Hamilton
Morgan, Lewis & Bockius
1701 Market Place
Philadelphia, PA 19103

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

_____
ANDREW B. BOWMAN

3

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM E. CALLAHAN :

    PLAINTIFF :

VS. : DOCKET NO: 3:01CV1205(CFD)

UNISOURCE WORLDWIDE, INC., :
GEORGIA-PACIFIC CORPORATION,
ALCO STANDARD CORPORATION
AND IKON OFFICE SOLUTIONS, :
INC.

    DEFENDANTS : OCTOBER 8, 2003

## NOTICE OF DEPOSITION

TO:   Felix Springer, Esq.
      Jennifer Sachs, Esq.
      Day, Berry & Howard
      CityPlace I
      Hartford, CT 06103-3499

      Rayne Rasty, Esq.
      Georgia-Pacific Corporation
      133 Peachtree St. NE
      Atlanta, GA 30303

      Kay Kyungsun Yu, Esq.
      Joseph Costello, Esq.
      S. Elizabeth Hamilton
      Morgan, Lewis & Bockius
      1701 Market Place
      Philadelphia, PA 19103

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 33, plaintiff William E. Callahan will take the deposition upon oral examination of **Custodian of Records, Unisource Worldwide, Inc. and Georgia-Pacific** at 9:00 a.m. on **Monday, October 20, 2003** at the offices of Andrew B. Bowman, 1804 Post Road East, Westport, Connecticut 06880. The deposition will be recorded by a certified stenographic reporter. The deposition will continue from day to day until completed. You are invited to attend and cross examine.

And pursuant to Rule 34 of the Federal Rules of Civil Procedure, you are requested to bring with you all records pertaining to the employment of William Callahan from its commencement at Rourke-Eno, continuing to Unisource Worldwide, Inc. and his severance and termination in December 1998 including but not limited to all records, memoranda and notes made by Gary Setta relating to William Callahan's termination and severance from his employment with Unisource.

2

THE PLAINTIFF,
WILLIAM E. CALLAHAN

BY _____
ANDREW B. BOWMAN
Federal Bar No: ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570 (Fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Deposition was mailed, postage prepaid, certified return receipt requested on this 8th day of October, 2003 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

Kay Kyungsun Yu, Esq.
Joseph Costello, Esq.
S. Elizabeth Hamilton
Morgan, Lewis & Bockius
1701 Market Place
Philadelphia, PA 19103

3

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

_____
ANDREW B. BOWMAN

4