UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. CALLAHAN, ) | |
|   Plaintiff, ) | Civil Action No. 301 CV1205 (CFD) |
| ) | |
| vs. ) | |
| ) | |
| UNISOURCE WORLDWIDE, INC., and ) | |
| GEORGIA-PACIFIC CORPORATION, ) | |
|   Defendants. ) | November 24, 2003 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE ANY ADDITIONAL DISPOSITIVE MOTIONS**

Defendants Unisource Worldwide, Inc., and Georgia-Pacific Corporation ("Defendants") hereby move this Court for an extension of time to file any additional dispositive motion that may be required in this case. In support of their motion, Defendants state as follows:

1.  Pursuant to the Court's Scheduling Order, dispositive motions in this case were to be filed within sixty days after the close of discovery, which concluded on September 27, 2003.

2.  On October 10, 2003, Defendants filed a motion seeking permission to file for summary judgment based on one, discrete issue – Plaintiff's execution of a Release Agreement that barred his claim. Defendants attached to their motion a proposed motion for summary judgment and supporting memorandum.

3.  Plaintiff subsequently opposed Defendants' motion and further sought to extend the discovery period and to take several depositions. Defendants opposed Plaintiff's effort to extend

discovery, based on their contention that the Court can resolve this claim with no need for additional discovery, through the proposed, discrete summary judgment motion.

4. All of these motions currently are pending before the Court. Additionally, Plaintiff has filed a motion to amend his complaint to add a count under ERISA, which likewise remains pending.

5. Given that the Court's resolution of the pending motions will significantly affect whether any additional discovery need take place, whether any additional dispositive motions need be filed, and the content of such prospective motions, Defendants respectfully request that the Court extend the time for them to file such dispositive motions. If the Court grants Plaintiff's motion for additional discovery, Defendants seek until sixty (60) days following the close of such discovery to file any dispositive motions. If the Court denies Plaintiff's motion, Defendants seek until thirty (30) days following the Court's Order denying additional discovery to file any dispositive motions.

6. Plaintiff's counsel has represented that he has no objection to this motion.

WHEREFORE, Defendants respectfully requests that this Court enter an Order (1) extending as set forth above in paragraph 5 the time for filing dispositive motions; and (2) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

DEFENDANTS UNISOURCE WORLDWIDE, INC. AND GEORGIA-PACIFIC CORPORATION

By _____
    Felix J. Springer (ct 05700)
    Jennifer L. Sachs (ct 20684)
    Day, Berry & Howard, LLP
    CityPlace I
    Hartford, CT  06103-3499
    Tel:  860/275-0100
    Fax: 860/275-0343
    E-mail: fjspringer@dbh.com
           jlsachs@dbh.com

    Rayne Rasty (ct 24918)
    Georgia-Pacific Corporation
    133 Peachtree St. NE
    Atlanta, GA  30303
    Tel:  404/652-4972
    Fax:  404/584-1461
    E-mail:  rmrasty@gapac.com

## CERTIFICATE OF SERVICE

       This is to certify that on this date, I served a copy of the foregoing via first-class mail, postage prepaid to:

       Andrew B. Bowman, Esq.
       1804 Post Road East
       Westport, CT 06880

       Kay Kyungsun Yu
       Joseph Costello
       S. Elizabeth Hamilton
       Morgan, Lewis & Bockius
       1701 Market Place
       Philadelphia, PA  19103

       Robert L. Wyld
       Patrick Fahey
       Shipman & Goodwin
       1 American Row
       Hartford, CT  06103

       _____
       Jennifer L. Sachs