UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. CALLAHAN | : |
|     PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV1205(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | :<br>:<br>: |
|     DEFENDANTS | : |
| and | |
| EUGENE PANECCASIO | : |
|     PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV2065(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | :<br>:<br>: |
|     DEFENDANTS | : APRIL 28, 2004 |

**MOTION ON CONSENT FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY
<u>AND FOR THE FILING OF MOTIONS</u>**

The plaintiffs William Callahan and Eugene Panecassio move, on consent, for an extension of time in which to complete discovery until June 30, 2004 and for the filing of motions for summary judgment until August 31, 2004 for the following reasons:

1. The parties have been using their best efforts to complete discovery, but because of conflicting schedules, not only of counsel, but of witnesses, discovery will not be completed by April 30, 2004 which was the date set in the Court's previous order of February 24, 2004.

2. The parties jointly request that the time for filing any dispositive motions be extended until August 31, 2004. The parties are using their best interest to complete discovery, and are in agreement with respect to this motion for extension of time.

For these reasons, the plaintiffs request that the date for completion of discovery be extended until June 30, 2004 and the date for the filing of dispositive motions be extended until August 31, 2004.

        THE PLAINTIFFS,
        WILLIAM E. CALLAHAN AND
        EUGENE PANECCASIO


        BY_____
          ANDREW B. BOWMAN, ct00122
          1804 Post Road East
          Westport, CT 06880
          (203) 259-0599
          (203) 255-2570 (Fax)

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was sent by facsimile and regular mail, postage prepaid on this 28th day of April, 2004 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Joseph J. Costello
Kay Kyungsun Yu
Megan E. Shafer
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Robert L. Wyld
Patrick M. Fahey
Shipman & Goodman
One American Row
Hartford, CT 06103

Rayne Rasty
Georgia-Pacific Corp.
133 Peachtree St., N.E.
Atlanta, GA 30303

_____
ANDREW B. BOWMAN