UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. CALLAHAN, | ) | Civil Action No. 3:01 CV 1205 (CFD) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNISOURCE WORLDWIDE, INC., | ) | |
| GEORGIA-PACIFIC CORPORATION, | ) | |
| ALCO STANDARD CORPORATION and | ) | |
| IKON OFFICE SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EUGENE PANECCASIO, | ) | Civil Action No. 3:01 CV 2065 (CFD) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNISOURCE WORLDWIDE, INC., | ) | |
| GEORGIA-PACIFIC CORPORATION, | ) | |
| ALCO STANDARD CORPORATION and | ) | |
| IKON OFFICE SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants | ) | JUNE 14, 2004 |

### DEFENDANTS' MOTION TO COMPEL

Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation

("Unisource Defendants") move this Court pursuant to Fed. R. Civ. P. 37 and Local Rule 7 for an

71235636_1.DOC  034332-00220

order compelling plaintiff William Callahan ("Callahan") to produce certain documents requested by Unisource Defendants and withheld by Callahan on the ground of attorney-client privilege, and awarding Unisource Defendants their reasonable attorneys' fees and costs incurred in bringing this motion.  In support of their motion, Unisource Defendants respectfully submit the attached Memorandum of Law in Support of Their Motion, with attached exhibits.

        Respectfully submitted,

        THE DEFENDANTS
        UNISOURCE WORLDWIDE, INC.
        GEORGIA-PACIFIC CORPORATION

        _____
        Felix J. Springer (ct 05700)
        Jennifer L. Sachs (ct 20684)
        Day, Berry & Howard, LLP
        CityPlace I
        Hartford, CT  06103-3499
        Tel:  860/275-0100
        Fax: 860/275-0343
        E-mail: fjspringer@dbh.com
        jlsachs@dbh.com

>Rayne Rasty (ct 24918)
>Georgia-Pacific Corporation
>133 Peachtree St. NE
>Atlanta, GA  30303
>Tel:  404/652-4972
>Fax:  404/584-1461
>E-mail:  rmrasty@gapac.com

## CERTIFICATE OF SERVICE

This is to certify that on this date, I served a copy of the foregoing via first-class mail, postage prepaid to:

>Andrew B. Bowman, Esq.
>1804 Post Road East
>Westport, CT 06880
>
>Kay Kyungsun Yu
>Joseph Costello
>S. Elizabeth Hamilton
>Morgan, Lewis & Bockius
>1701 Market Place
>Philadelphia, PA  19103
>
>Robert L. Wyld
>Patrick Fahey
>Shipman & Goodwin
>1 American Row
>Hartford, CT  06103

>_____
>
>Jennifer L. Sachs