# EXHIBIT B

*Left on voicemail*

# Andrew B. Bowman
LAW OFFICES

1804 POST ROAD EAST
Westport, Ct 06880-5683

TEL (203) 259-0599
FAX (203) 255-2570

**BY FEDERAL EXPRESS**

October 29, 2003

Felix Springer, Esq.
Jennifer Sachs, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Re:  **Callahan vs. Unisource, et al**
     **Docket No: 3:01CV1205(CFD)**

Dear Mr. Springer:

    Enclosed please find the documents contained in the file maintained by the law firm of McEleney & McGrail. You are being provided with all documents in that file with the exception of the following: undated letter from Callahan to McEleney regarding strategy substantially after Mac McGrail's death; letter dated July 2, 1999 from Callahan to Mac advising of a call from CHRO asking about settling; handwritten notes of attorney McEleney, one page; one page note regarding Callahan after Mac's death; note dated 3/28/00 from Callahan to Steve enclosing a response.

Very truly yours,

ANDREW B. BOWMAN

ABB:MA
Enclosure