# EXHIBIT C

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. CALLAHAN | : |
| PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV1205(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | : : : |
| DEFENDANTS | : APRIL 28, 2004 |

**PLAINTIFF WILLIAM CALLAHAN'S RESPONSE
TO SUBPOENA DUCES TECUM ISSUED TO
THE LAW FIRM OF McELENEY & McGRAIL**

Objection. All files are subject to the attorney-client privilege and work product immunity. Without waiving this specific objection and the attorney-client privilege between William Callahan and any member of the law firm of McEleney & McGrail including Albert McGrail and Stephen McEleney. Plaintiff encloses the attached documents. The following documents are withheld on the ground of attorney-client privilege:

1. July 2, 1999 letter from William Callahan to atty. McGrail.

2. Undated letter from William Callahan to atty. Stephen F. McEleney.

3. Handwritten note of attorney Stephen McEleney of conversation with William Callahan.

4. 3/28/00 handwritten letter from William Callahan to attorney Stephen McEleney.

These documents are within the attorney-client privilege which is being asserted and will not be provided to defendants in response to their subpoena issued to attorney McEleney.

THE PLAINTIFF,
WILLIAM E. CALLAHAN

BY /s/ Andrew B. Bowman
ANDREW B. BOWMAN
Federal Bar No: ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570 (Fax)

2

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed, postage prepaid on this 29th day of April, 2004 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

Kay Kyungsun Yu, Esq.
Joseph Costello, Esq.
S. Elizabeth Hamilton
Morgan, Lewis & Bockius
1701 Market Place
Philadelphia, PA 19103

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

ANDREW B. BOWMAN