# EXHIBIT D

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. CALLAHAN, | ) | Civil Action No. 3:01 CV 1205 (CFD) |
| Plaintiff, | ) | |
| vs. | ) | |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION and IKON OFFICE SOLUTIONS, INC., | ) | |
| Defendants | ) | |
| and | ) | |
| EUGENE PANECCASIO, | ) | Civil Action No. 3:01 CV 2065 (CFD) |
| Plaintiff, | ) | |
| vs. | ) | |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION and IKON OFFICE SOLUTIONS, INC., | ) | |
| Defendants | ) | JUNE 14, 2004 |

### AFFIDAVIT OF FELIX J. SPRINGER

The undersigned, Felix J. Springer, being duly sworn, deposes and states as follows:

1. I am over eighteen years old and understand the obligations of an oath.

2.  I am a partner with Day, Berry & Howard, LLP, counsel for defendants Unisource Worldwide, Inc., and Georgia-Pacific Corporation ("Unisource Defendants"), and am duly licensed to practice before the United States District Court for the District of Connecticut. I possess personal knowledge of the facts described herein.

3.  I make this affidavit pursuant to Fed. R. Civ. P. 37(a) and in support of Unisource Defendants' Motion to Compel Production of Certain Documents.

4.  This motion concerns the refusal of plaintiffs to produce the complete files of plaintiff William Callahan's former attorneys, the law firm of McEleney & McGrail (the "McGrail File"). Unisource Defendants requested these documents following Callahan's deposition, at which he testified at length about conversations he had with Attorneys McEleney and McGrail about some of the issues in this case.

5.  Callahan subsequently produced some, but not all, of the McGrail File. His attorney, Andrew Bowman, indicated that he was withholding certain documents from production on the ground of attorney-client privilege.

6.  Given that Callahan waived his attorney-client privilege by testifying at length as to his conversations with his former attorneys, and that he further waived the privilege through his production of most of the McGrail File, I subsequently contacted Mr. Bowman on several occasions requesting production of the remainder of the McGrail File. For example, I contacted Mr. Bowman on or about May 4, 2004, and again on or about June 8, 2004, asking him to produce

the remaining documents from the McGrail File. To date, Mr. Bowman has not responded to either request, nor has Callahan produced the requested documents.

9. My repeated attempts to secure the requested discovery from Callahan constituted a good faith effort to resolve the issues raised herein without the Court's intervention.

10. Unfortunately, Callahan failed to produce the responsive documents, or indeed to respond to my requests. Consequently, Unisource Defendants have been forced to file this motion to compel production and to incur the attendant attorneys' fees and expenses.

Respectfully submitted,

*/s/ Felix J. Springer*
Felix J. Springer (ct05700)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103
(860) 275-0100

Subscribed and sworn
to before me this 14th day
of June, 2004.

*/s/*
Notary Public

**PINA SALVATORE**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES APR 30, 2005