**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM E. CALLAHAN, | ) | Civil Action No. 3:01 CV 1205 (CFD) |
| Plaintiff, | ) | |
| vs. | ) | |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION and IKON OFFICE SOLUTIONS, INC., | ) | |
| Defendants | ) | |
| and | ) | |
| EUGENE PANECCASIO, | ) | Civil Action No. 3:01 CV 2065 (CFD) |
| Plaintiff, | ) | |
| vs. | ) | |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION and IKON OFFICE SOLUTIONS, INC., | ) | |
| Defendants | ) | JUNE 14, 2004 |

Please take notice that Defendants, Unisource Worldwide, Inc. Georgia-Pacific Corporation has manually filed the following document or thing:

Exhibit E to Defendants' Memorandum in Support of Their Motion to Compel

This document has not been filed electronically because

☐ the document or thing cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                      Respectfully submitted,

/s/
Felix J. Springer (ct 05700)
Jennifer L. Sachs (ct 20684)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
E-mail: fjspringer@dbh.com
jlsachs@dbh.com