UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. CALLAHAN | : |
| PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV1205(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | :<br><br>:<br> |
| DEFENDANTS | : |

and

| | |
|---|---|
| EUGENE PANECCASIO | : |
| PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV2065(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | :<br><br>:<br> |
| DEFENDANTS | : JUNE 22, 2004 |

**MOTION ON CONSENT FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY
<u>AND FOR THE FILING OF MOTIONS</u>**

The plaintiffs William Callahan and Eugene Panecassio move, on consent, for an extension of time in which to complete discovery until August 31, 2004 and for the filing of dispositive motions until October 31, 2004 for the following reasons:

1. The parties have been using their best efforts to complete discovery, but because of conflicting schedules, not only of counsel, but of witnesses, discovery will not be completed by June 30, 2004 which was the date set in the Court's previous order of May 12, 2004.

2. All parties are in agreement with respect to an extension of the discovery deadline until August 31, 2004 with respect to the taking of depositions. The plaintiffs and IKON defendants are in agreement with respect to an August 31, 2004 deadline for all discovery. The Unisource-Georgia Pacific defendants are reserving their right to object to non-deposition discovery during the period from July 1, 2004 through August 31, 2004.

3. The parties jointly request that the time for filing any dispositive motions be extended until October 31, 2004.

For these reasons, the plaintiffs request that the date for completion of discovery be extended until August 31, 2004 and the date for the filing of dispositive motions be extended until October 31, 2004.

                                                      THE PLAINTIFFS,
                                                      WILLIAM E. CALLAHAN AND
                                                      EUGENE PANECCASIO

                                                      BY_____
                                                         ANDREW B. BOWMAN, ct00122
                                                         1804 Post Road East
                                                         Westport, CT 06880
                                                         (203) 259-0599
                                                         (203) 255-2570 (Fax)

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was sent by facsimile and regular mail, postage prepaid on this 22nd day of June, 2004 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Joseph J. Costello
Kay Kyungsun Yu
Megan E. Shafer
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Robert L. Wyld
Patrick M. Fahey
Shipman & Goodman
One American Row
Hartford, CT 06103

Rayne Rasty
Georgia-Pacific Corp.
133 Peachtree St., N.E.
Atlanta, GA 30303

                                                                            _____
                                                                            ANDREW B. BOWMAN