UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. CALLAHAN | : |
| PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV1205(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | : : : |
| DEFENDANTS | : |

and

| | |
|---|---|
| EUGENE PANECCASIO | : |
| PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV2065(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | : : : |
| DEFENDANTS | : JUNE 29, 2004 |

**PLAINTIFF WILLIAM CALLAHAN'S**
**<u>OBJECTION TO DEFENDANT'S MOTION TO COMPEL</u>**

The plaintiff William Callahan objects to defendant Unisource's Motion to Compel for the reason that Mr. Callahan never waived the attorney-client privilege between him and Stephen McEleney, and all of plaintiff's conversations with attorney McEleney fall within the attorney-client privilege. In addition, to the extent that Stephen McEleney's notes could possibly be construed as not within the attorney-client privilege, they are certainly part of work product immunity and are therefore privileged.

For the reasons set forth in the accompanying memorandum of law, defendant Unisource's motion to compel should be denied.

                      THE PLAINTIFF,
                      WILLIAM E. CALLAHAN


                      BY_____
                        ANDREW B. BOWMAN, ct00122
                        1804 Post Road East
                        Westport, CT 06880
                        (203) 259-0599
                        (203) 255-2570 (Fax)

## **CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid on this 29th day of June, 2004 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Joseph J. Costello
Kay Kyungsun Yu
Megan E. Shafer
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Robert L. Wyld
Patrick M. Fahey
Shipman & Goodman
One American Row
Hartford, CT 06103

Rayne Rasty
Georgia-Pacific Corp.
133 Peachtree St., N.E.
Atlanta, GA 30303

                                                          _____
                                                          ANDREW B. BOWMAN