UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. CALLAHAN | : |
|     PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV1205(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | : <br><br> : |
|     DEFENDANTS | : |
| and | |
| EUGENE PANECCASIO | : |
|     PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV2065(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | : <br><br> : |
|     DEFENDANTS | : JUNE 29, 2004 |

**PLAINTIFF WILLIAM CALLAHAN'S
<u>MOTION TO SEAL</u>**

The plaintiff William Callahan moves to seal the enclosed documents which are the substance of the Unisource defendants' motion to compel and are claimed to be privileged by the plaintiff. Until such time as the Court determines that these documents are not subject to the attorney-client privilege or work product immunity, plaintiff requests that the documents remain under seal.

        THE PLAINTIFF,
        WILLIAM E. CALLAHAN


        BY_____
        ANDREW B. BOWMAN, ct00122
        1804 Post Road East
        Westport, CT 06880
        (203) 259-0599
        (203) 255-2570 (Fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid on this 29th day of June, 2004 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Joseph J. Costello
Kay Kyungsun Yu
Megan E. Shafer
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Robert L. Wyld
Patrick M. Fahey
Shipman & Goodman
One American Row
Hartford, CT 06103

Rayne Rasty
Georgia-Pacific Corp.
133 Peachtree St., N.E.
Atlanta, GA 30303

_____
ANDREW B. BOWMAN