# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. CALLAHAN, | : | |
|     Plaintiff | : | |
|   v. | : | Civil Action No. |
| | : | 3:01 CV 1205 (CFD) |
| UNISOURCE WORLDWIDE, INC., | : | |
| ET AL., | : | |
|     Defendants. | : | |
|   and | : | |
| | : | |
| EUGENE PANECCASIO, | : | |
|     Plaintiff | : | |
|   v. | : | Civil Action No. |
| | : | 3:01 CV 2065 (CFD) |
| UNISOURCE WORLDWIDE, INC., | : | |
| ET AL., | : | |
|     Defendants. | : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_X_ A ruling on the following motions which are currently pending:(orefm.) **Doc. #67, Defendants' Motion to Compel**.

\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss the following: (orefmisc./cnf)_____

\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this _7th_ day of July, 2004, at Hartford, Connecticut.

                                                            _/s/ CFD_
                                                          **CHRISTOPHER F. DRONEY**
                                                          **UNITED STATES DISTRICT JUDGE**