# xpedx

New England

51 Railroad Avenue
West Haven CT 06516
Phone 800 426 6343
Fax 203 931 6777

**TELECOPIER COVER LETTER**

Date: 12/3/99

To: Susan @ Atty McEleney's office   Fax Number: 860 549 5865

Company: _____   Department: _____

From: Bill Callahan   Fax Number: 203-931-6789

Department: _____

Total number of pages including this cover letter: 2

If you do not receive all pages or if any transmission is not legible, please call immediately at 203-931-6700 6780

Thank you

Please add to my file & call with any questions

Bill Callahan

---

Bill Callahan
Can not yet
file suit in
Federal Court.
12-3-99  9:37 AM

November 22, 2000

Donna,
  Attached is the 5 page notice from the State which I sent in March to Steve-also had a phone conversation with him-apparently the state never sent your office a copy

Also 2 pages from the EEOC
1-dated Nov 3, 1999 dismissing the case based on mis-information from the State
1-dated Nov 30, 1999 rescinding the dismissal-this is the last correspondence that I have received from EEOC

Also a page from my severance agreement-You should have the original-if not I will send the entire agreement over--my point in sending this page is to let Steve know that the company is attempting to cancel my deferred compensation benefit as outlined in point # 8-they are attempting to cancel this on everyone who was involved in the program-not just myself-however this benefit was negotiated by Mac and was an important part of the severance

Bill
Bill Callahan
203-931-6780



New England

51 Railroad Avenue
West Haven CT 06516
Phone 300 428 6343
Fax 203 931 6777

**TELECOPIER COVER LETTER**

Date: 11/22/00

To: Donna  Fax Number: 860 5495865

Company: Atty McCleary's office  Department:

From: Bill Callahan  Fax Number: 203 931 6748

Department:

Total number of pages including this cover letter: 10

If you do not receive all pages or if any transmission is not legible, please call immediately at 203 931 6780

Thank you

Please see attached



**xpedx**

New England

51 Railroad Avenue
West Haven CT 06516
Phone 800 426 6343
Fax 203 931 6777

## TELECOPIER COVER LETTER

Date: 12/10/99

To: McEleney + McGrail   Fax Number: 549 5865

Attn: SUSAN   Department:

From: Bill Callahan   Fax Number: 203-931-6789

Department:

Total number of pages including this cover letter: 2

If you do not receive all pages or if any transmission is not legible, please call immediately at 203-931-6700

Thank you

Please Keep this
copy of CHRO letter for my file

Thanks
Bill

**McELENEY & McGRAIL**

ATTORNEYS AT LAW

THE McKONE BUILDING

363 MAIN STREET

HARTFORD, CONNECTICUT 06106

STEPHEN F. McELENEY

ALBERT J. McGRAIL

(860) 249-1400

FAX: (860) 549-5865

October 20, 1999

Mr. William E. Callahan
234 East Opal Drive
Glastonbury, CT 06033

Dear Mr. Callahan:

Re:  William E. Callahan v. Unisource Worldwide, Inc.
     CHRO 9910446, EEOC 16a991232

    Enclosed please find a notice from the CHRO regarding dismissal of your complaint.  Please call and make an appointment to discuss whether we will be filing a lawsuit withing the statute of limitations, which is within 90 days of receipt of the notice of right to sue.

    The deadline by which you must file a lawsuit in civil court, if you so choose, is December 28, 1999.

                               Yours truly,

                               Stephen F. McEleney

SFM:scn

Enc.

F:\WPDOCS\Labor\CALLAHAN.COR

# xpedx

New England

51 Railroad Avenue
West Haven CT 06516
Phone 800 426 6343
Fax 203 931 6777

## TELECOPIER COVER LETTER

Date: 10/4/99

To: Atty McEleney          Fax Number: 5495865

Company: _____          Department: _____

From: Bill Callahan         Fax Number: 203-931-~~6789~~ 6780

Department: _____

Total number of pages including this cover letter: 4

If you do not receive all pages or if any transmission is not legible, please call immediately at 203-931-6700

Thank you

Steve —

Your office was not copied on this —

Also it appears that the Commission did not receive our appeal based on his comments.

I will try to follow up with you

Bill Callahan

| IMPORTANT MESSAGE | | | |
|---|---|---|---|
| FOR Steve | | | |
| DATE 11/20 | TIME | | A.M. / P.M. |
| M Bill Calahan | | | |
| OF ~~[redacted]~~ | | | |
| PHONE 1-800-437-4693 | | | |
| AREA CODE | NUMBER | | EXTENSION |
| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Re: update

SIGNED Donna

1184

McELENEY & McGRAIL
ATTORNEYS AT LAW
THE McKONE BUILDING
363 MAIN STREET
HARTFORD, CONNECTICUT 06106

STEPHEN F. McELENEY
ALBERT J. McGRAIL

(860) 249-1400
FAX: (860) 549-5865

September 15, 1999

Mr. William E. Callahan
234 East Opal Drive
Glastonbury, CT 06033

Dear Mr. Callahan:

Re: William E. Callahan v. Unisource Worldwide, Inc.
    CHRO 9910446, EEOC 16a991232

Per the instructions of Attorney McEleney, I am forwarding to you with this letter a copy of the letter from opposing counsel dated September 13, 1999, to the Commission on Human Rights and Opportunities concerning the above-captioned case.

Sincerely,

Susan Chen
Secretary to Atty. McEleney

Enc.

F:\Wpdocs\Labor\CALLAHAN.COR