## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. CALLAHAN, | ) |
| | ) Civil Action No. 301 CV1205 (CFD) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNISOURCE WORLDWIDE, INC., | ) |
| GEORGIA-PACIFIC CORPORATION, | ) |
| ALCO STANDARD CORPORATION and | ) |
| IKON OFFICE SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) October 29, 2004 |

## UNISOURCE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and the Local Rules of this Court, Defendants Unisource Worldwide, Inc. and Georgia-Pacific Corporation ("Unisource Defendants") respectfully file this Motion For Summary Judgment. In support of this Motion, Defendants respectfully submit a Memorandum of Law in Support of Their Motion for Summary Judgment and a Local Rule 56(a)(1) Statement of Undisputed Facts, with supporting exhibits.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted,

UNISOURCE WORLDWIDE, INC.
GEORGIA-PACIFIC CORPORATION

_____
Felix J. Springer (ct 05700)
Jennifer L. Sachs (ct 20684)
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT  06103-3499
Tel:  860/275-0100
Fax: 860/275-0343
E-mail: fjspringer@dbh.com
            jlsachs@dbh.com

Rayne Rasty (ct 24918)
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA  30303
Tel:  404/652-4972
Fax:  404/584-1461
E-mail:  rmrasty@gapac.com

## CERTIFICATE OF SERVICE

This is to certify that on this date, I served a copy of the foregoing via first-class mail, postage prepaid to:

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT 06880

Kay Kyungsun Yu
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

Robert L. Wyld
Patrick Fahey
Shipman & Goodwin
1 American Row
Hartford, CT 06103

_____

Felix J. Springer