**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM E. CALLAHAN, | ) Civil Action No. 3:01 CV 1205 (CFD) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNISOURCE WORLDWIDE, INC., | ) |
| GEORGIA-PACIFIC CORPORATION, ALCO | ) |
| STANDARD CORPORATION and IKON | ) |
| OFFICE SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) OCTOBER 29, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that Defendants, Unisource Worldwide, Inc. Georgia-Pacific Corporation has manually filed the following document or thing:

Exhibits 1 through 3 to Unisource Defendants' Memorandum In Support of Their Motion For Summary Judgment.

This document has not been filed electronically because

☐ the document or thing cannot be converted to an electronic format
☒ the electronic file size of the document exceeds 1.5 megabytes
☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

-2-

        Respectfully submitted,

        _____
        Felix J. Springer (ct 05700)
        Jennifer L. Sachs (ct 20684)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        (860) 275-0100
        (860) 275-0343 (fax)
        E-mail: fjspringer@dbh.com
        jlsachs@dbh.com

-3-

## **CERTIFICATE OF SERVICE**

      This is to certify that on this date, I served a copy of the foregoing via first-class mail, postage prepaid to:

      Andrew B. Bowman, Esq.
      1804 Post Road East
      Westport, CT 06880

      Kay Kyungsun Yu
      Pepper Hamilton LLP
      3000 Two Logan Square
      Eighteenth and Arch Streets
      Philadelphia, PA 19103

      Robert L. Wyld
      Patrick Fahey
      Shipman & Goodwin
      1 American Row
      Hartford, CT  06103

      _____
      Felix J. Springer