**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM E. CALLAHAN, | ) Civil Action No. 3:01 CV 1205 (CFD) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNISOURCE WORLDWIDE, INC., | ) |
| GEORGIA-PACIFIC CORPORATION, ALCO | ) |
| STANDARD CORPORATION and IKON | ) |
| OFFICE SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) OCTOBER 29, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that Defendants, Unisource Worldwide, Inc. Georgia-Pacific Corporation has manually filed the following document or thing:

Exhibits A through R to Defendants' Rule 56(a)(1) Statement of Undisputed Material Facts.

This document has not been filed electronically because

☐ the document or thing cannot be converted to an electronic format
☒ the electronic file size of the document exceeds 1.5 megabytes
☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

-2-

          Respectfully submitted,

          _____
          Felix J. Springer (ct 05700)
          Jennifer L. Sachs (ct 20684)
          Day, Berry & Howard LLP
          CityPlace I
          Hartford, Connecticut 06103-3499
          (860) 275-0100
          (860) 275-0343 (fax)
          E-mail: fjspringer@dbh.com
          jlsachs@dbh.com

## CERTIFICATE OF SERVICE

      This is to certify that on this date, I served a copy of the foregoing via first-class mail, postage prepaid to:

>Andrew B. Bowman, Esq.
>1804 Post Road East
>Westport, CT 06880
>
>Kay Kyungsun Yu
>Pepper Hamilton LLP
>3000 Two Logan Square
>Eighteenth and Arch Streets
>Philadelphia, PA 19103
>
>Robert L. Wyld
>Patrick Fahey
>Shipman & Goodwin
>1 American Row
>Hartford, CT 06103

_____

Felix J. Springer