IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. CALLAHAN | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 3:01CV1205 (CFD) |
| UNISOURCE WORLDWIDE, INC., et al. | : |
| Defendants | : October 29, 2004 |

## APPENDIX TO THE IKON DEFENDANTS' LOCAL RULE 56(a)(1) STATEMENT

1. Declaration of Walter J. Hope, Jr.

2. Documents numbered CALL 6-10

3. Documents numbered IKCP 1-75

4. Excerpts from Deposition Transcript of William E. Callahan

5. Excerpts from Deposition Transcript of Walter J. Hope, Jr.