UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. CALLAHAN | : |
| PLAINTIFF | : |
| VS. | : DOCKET NO: 3:01CV1205(CFD) |
| UNISOURCE WORLDWIDE, INC., GEORGIA-PACIFIC CORPORATION, ALCO STANDARD CORPORATION AND IKON OFFICE SOLUTIONS, INC. | : : |
| DEFENDANTS | : NOVEMBER 16, 2004 |

**PLAINTIFF'S MOTION TO EXTEND THE TIME
IN WHICH TO RESPOND TO UNISOURCE AND IKON
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff William Callahan moves the Court for an order extending the time, until December 28, 2004, in which to respond to defendants' motions for summary judgment and defendants request January 29, 2005 as their date for their Reply.

1.  This is the first motion for extension of time to respond to defendants' motions for summary judgment.

2.  This extension is necessary, because plaintiffs' counsel is responding during this period of time to two other motions for summary judgment in two unrelated cases.

3. The defendants have represented through Felix J. Springer for Unisource and Kay Kyungsun Yu for IKON defendants that there is no objection to the granting of this motion for extension of time and that the defendants request until January 28, 2005 as their date for their Reply.

THE PLAINTIFF,
WILLIAM E. CALLAHAN


BY_____
    ANDREW B. BOWMAN
    Federal Bar No: ct00122
    1804 Post Road East
    Westport, CT 06880
    (203) 259-0599
    (203) 255-2570 (Fax)


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 16th day of November, 2004 to:

Felix J. Springer
Jennifer L. Sachs
Day, Berry & Howard
CityPlace 1
Hartford, CT 06103-3499

Kay Kyungsun Yu, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree St. NE
Atlanta, GA 30303

Robert L. Wyld, Esq.
Patrick Fahey, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

_____
ANDREW B. BOWMAN