UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. CALLAHAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | DOCKET NO. 3:01cv1205 (CFD) |
| v. | : | |
| | : | |
| UNISOURCE WORLDWIDE, INC., et al. | : | |
| | : | |
| Defendants. | : | JANUARY 19, 2005 |

### THE IKON DEFENDANTS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF

Defendants IKON Office Solutions, Inc. ("IKON") and Alco Standard Corporation ("Alco") (collectively referred to as the "IKON Defendants") hereby move for an extension of time of twenty-one days, to and including February 18, 2005, in which to file their Reply Brief in support of their motion for summary judgment. In support of this motion, the undersigned represents the following:

1. The IKON Defendants' reply brief currently is due on January 28, 2005.

2. Principal counsel for the IKON Defendants, Attorney Kay Yu, was in an accident over the weekend of January 15-16 and suffered serious injury.

3. The IKON Defendants need additional time to prepare their brief in further support of their motion for summary judgment pursuant to Fed. R. Civ. P. 56.

4. Pursuant to Rule 7 of the Local Rules of this Court, the undersigned has contacted counsel for the plaintiff and counsel for the co-defendants and represents that there is no objection to the relief requested herein.

**ORAL ARGUMENT NOT REQUESTED**

Wherefore, the IKON Defendants respectfully move for an extension of time, to and including February 18, 2005, in which to file their reply brief.

Respectfully submitted,

*/s/ P M Fahey*
Kay Kyungsun Yu (ct13440)
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981- 4188
(215) 689-4515 (facsimile)

Of Counsel:

Joseph J. Costello
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5295

Local Counsel:

Robert L. Wyld (ct04333)
Patrick M. Fahey (ct13862)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000

Attorneys for the IKON Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via First-Class, United States mail on this 19th day of January, 2005 on the following:

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT 06880

Rayne Rasty, Esq.
Georgia-Pacific Corporation
133 Peachtree Street NE
Atlanta, GA 30303-1847

Felix J. Springer, Esq.
Jennifer L. Sachs, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

_____
Patrick M. Fahey

392278 v.01