UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CALLAHAN | : | |
| v. | : | CASE NO. 3:01CV1205(CFD) |
| | : | |
| UNISOURCE WORLDWIDE, INC.<br>GEORGIA PACIFIC CORP.<br>ALCO STANDARD CORP<br>IKON OFFICE SOLUTION | | |

## **JUDGMENT**

    This action having come on for consideration of the defendants' motions for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

    The Court having considered the full record of the case including applicable principles of law, and having filed a Ruling on September 15, 2006 granting the motions, it is therefore,

    ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

    Dated at Hartford, Connecticut, this 18th day of September, 2006.

                KEVIN F. ROWE, Clerk


                 By /s/ Devorah Johnson
                     Devorah Johnson
                     Deputy Clerk