## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. CALLAHAN, | : | CIVIL ACTION NO. |
| | : | 3:01CV01205(CFD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNISOURCE WORLDWIDE, et al | : | |
| | : | |
| Defendants. | : | OCTOBER 5, 2006 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance in the above-entitled action as attorney for the plaintiff.

                              THE PLAINTIFF

                              By   /s/ Ian O. Smith
                                   Ian O. Smith, (ct24135)
                                   Moukawsher & Walsh, LLC
                                   Capitol Place
                                   21 Oak Street, Suite 209
                                   Hartford, CT 06106
                                   T: (860) 278-7000
                                   F: (860) 548-1740
                                   E: ismith@mwlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006, the foregoing APPEARANCE was filed electronically with the Court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

For Defendants Alco Standard and Ikon Office Solution
Joseph J. Costello
Susan Elizabeth Hamilton
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921
215-963-5295
215-963-5001(fax)
jcostello@morganlewis.com

Patrick M. Fahey
Robert L. Wyld
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919
860-251-5000
860-251-5219 (fax)
pfahey@goodwin.com
rwyld@goodwin.com

Kay Kyungsun Yu
Pepper Hamilton - PH, PA
Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
215-981-4188
215-689-4515 (fax)
yukay@pepperlaw.com

For Defendants Georgia Pacific Corp and Unisource Worldwide Inc.
Rayne Rasty
Georgia Pacific Corp-Law Dept.
133 Peachtree St. NE
Atlanta, GA 30303-1847
404-652-5573
404-584-1461 (fax)
rmrasty@gapac.com

Jennifer L. Sachs
Felix J. Springer
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047
203-977-7572
203-977-7301 (fax)
jlsachs@dbh.com
fjspringer@dbh.com

/s/ Ian O. Smith
Ian O. Smith
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
ismith@mwlawgroup.com