UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. CALLAHAN, | : | CIVIL ACTION NO. |
| | : | 3:01CV01205(CFD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNISOURCE WORLDWIDE, et al | : | |
| | : | |
| Defendants. | : | OCTOBER 5, 2006 |

**PLAINTIFF'S NUNC PRO TUNC MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION**

Plaintiff William E. Callahan in the above captioned action moves for a *nunc pro tunc* extension of time of 30 days, from October 2, 2006 to November 1, 2006, to file his Motion for Reconsideration of the Court's September 18, 2006 Judgment in favor of the Defendants' Motion for Summary Judgment. Callahan moves *nunc pro tunc* for the following reasons:

1.  Judgment entered on September 18, 2006. A motion for reconsideration must be filed within 10 days (calculated according to Fed.R.Civ.P. 6); therefore the deadline was October 2, 2006.

2.  Callahan was unaware of his right to file a motion for reconsideration because during the relevant time he was considering a change of counsel and had not asked his prior counsel about the issue. Because of this he was unaware of the ten day deadline to file.

3.  Callahan began looking for new counsel in order to receive a second opinion after he was informed of the September 15, 2006 order of the Court granting the defendants' motions for summary judgment.

4.  After contacting several firms he was referred to undersigned counsel who met with him immediately thereafter on October 3, 2006. At that time undersigned counsel was

presented with Callahan's case and determined that the time to file a motion for reconsideration had expired the day before. Callahan retained undersigned counsel on October 3, 2006.

5. Callahan requests this extension for undersigned counsel to review the case and determine if filing a motion for reconsideration, appeal, or neither is appropriate.

6. Counsel for defendants, Alco Standard and Ikon Office Solution do not object to this motion. Undersigned counsel spoke with Felix Springer, counsel for Georgia Pacific Corp and Unisource Worldwide Inc., who informed him that he could not take a position on the motion in time for it to be filed today because he has not been able to reach his client.

For all the reasons stated above, Callahan requests the Court grant his *nunc pro tunc* motion for extension of time to November 1, 2006 to file a motion for reconsideration.

THE PLAINTIFF: William E. Callahan

By    /s/ Thomas G. Moukawsher
    Thomas G. Moukawsher (ct08940)
    Ian O. Smith (ct24135)
    Moukawsher & Walsh, LLC
    21 Oak Street, Suite 209
    Hartford, CT 06106
    (860) 278-7000
    tmoukawsher@mwlawgroup.com

HIS ATTORNEYS

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006, the foregoing PLAINTIFF'S NUNC PRO TUNC MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION was filed electronically with the Court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

For Defendants Alco Standard and Ikon Office Solution
Joseph J. Costello
Susan Elizabeth Hamilton
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921
215-963-5295
215-963-5001(fax)
jcostello@morganlewis.com

Patrick M. Fahey
Robert L. Wyld
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919
860-251-5000
860-251-5219 (fax)
pfahey@goodwin.com
rwyld@goodwin.com

Kay Kyungsun Yu
Pepper Hamilton - PH, PA
Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
215-981-4188
215-689-4515 (fax)
yukay@pepperlaw.com

For Defendants Georgia Pacific Corp and Unisource Worldwide Inc.
Rayne Rasty
Georgia Pacific Corp-Law Dept.
133 Peachtree St. NE
Atlanta, GA 30303-1847
404-652-5573
404-584-1461 (fax)
rmrasty@gapac.com

Jennifer L. Sachs
Felix J. Springer
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047
203-977-7572
203-977-7301 (fax)
jlsachs@dbh.com
fjspringer@dbh.com

    /s/ Thomas G. Moukawsher
Thomas G. Moukawsher
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
tmoukawsher@mwlawgroup.com