**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | | |
|---|---|---|---|
| WILLIAM E. CALLAHAN, | : | | CIVIL ACTION NO. |
| | : | | 3:01CV01205(CFD) |
| Plaintiff, | : | | |
| | : | | |
| v. | : | | |
| | : | | |
| UNISOURCE WORLDWIDE, et al | : | | |
| | : | | |
| Defendants. | : | | OCTOBER 11, 2006 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**TO FILE NOTICE OF APPEAL**

Plaintiff William E. Callahan in the above captioned action moves for an extension of

time of 30 days, from October 18, 2006 to November 17, 2006, to file a Notice of Appeal of the

Court's September 18, 2006 Judgment in favor of the Defendants' Motion for Summary

Judgment.   Callahan moves to extend this deadline for the following reasons:

1.      Judgment entered on September 18, 2006. The deadline to file a notice of appeal

in this case is October 18, 2006.  Plaintiff filed a *nunc pro tunc* extension of time on October 5,

2006 to file a motion for reconsideration on or before November 1, 2006 citing that he recently

retained undersigned counsel on October 3, 2006 and undersigned counsel needed the additional

time to review the case and determine if filing a motion for reconsideration, appeal, or neither is

appropriate.  In the meantime Plaintiff wishes to protect his right to file a notice of appeal in the

event that a motion for reconsideration is not appropriate.

2.      Counsel for defendants, Alco Standard and Ikon Office Solution do not object to

this motion.  Counsel for Georgia Pacific Corp and Unisource Worldwide Inc., does object to

this motion.

For all the reasons stated above, Callahan requests the Court grant his motion for

2

extension of time to November 17, 2006 to file a notice of appeal.

THE PLAINTIFF: William E. Callahan

By    /s/ Thomas G. Moukawsher
        Thomas G. Moukawsher (ct08940)
        Ian O. Smith (ct24135)
        Moukawsher & Walsh, LLC
        21 Oak Street, Suite 209
        Hartford, CT 06106
        (860) 278-7000
        tmoukawsher@mwlawgroup.com

HIS ATTORNEYS

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, the foregoing PLAINTIFF'S MOTION FOR

EXTENSION OF TIME TO FILE NOTICE OF APPEAL was filed electronically with the Court

and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent

by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone

unable to accept electronic filing. Parties may access this filing through the Court's system.

For Defendants Alco Standard and Ikon
Office Solution
Joseph J. Costello
Susan Elizabeth Hamilton
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921
215-963-5295
215-963-5001(fax)
jcostello@morganlewis.com

Patrick M. Fahey
Robert L. Wyld
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919
860-251-5000
860-251-5219 (fax)
pfahey@goodwin.com
rwyld@goodwin.com

Kay Kyungsun Yu
Pepper Hamilton - PH, PA
Two Logan Square
18th & Arch Streets

Philadelphia, PA 19103-2799
215-981-4188
215-689-4515 (fax)
yukay@pepperlaw.com

For Defendants Georgia Pacific Corp and
Unisource Worldwide Inc.
Rayne Rasty
Georgia Pacific Corp-Law Dept.
133 Peachtree St. NE
Atlanta, GA 30303-1847
404-652-5573
404-584-1461 (fax)
rmrasty@gapac.com

Jennifer L. Sachs
Felix J. Springer
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047
203-977-7572
203-977-7301 (fax)
jlsachs@dbh.com
fjspringer@dbh.com

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
tmoukawsher@mwlawgroup.com

3