UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. CALLAHAN | : | CIVIL ACTION NO. |
| | : | 3:01 CV 1205 (CFD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNISOURCE WORLDWIDE, INC., | : | |
| GEORGIA-PACIFIC CORPORATION, | : | |
| ALCO STANDARD CORPORATION | : | |
| AND IKON OFFICE SOLUTIONS, | : | |
| INC., ET AL. | : | |
| | : | |
| Defendants. | : | NOVEMBER 16, 2006 |

**PLAINTIFF'S SECOND OPPOSED MOTION FOR
EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Plaintiff William E. Callahan in the above captioned matter moves for an extension of time of 15 days, from November 17, 2006 up to and including December 2, 2006, to file a Notice of Appeal of the Court's September 18, 2006 ruling granting defendants' Motion for Summary Judgment. Callahan moves to extend this deadline for the following reasons:

1. Callahan's deadline to file his Notice is tomorrow. But during the last several weeks, the undersigned has been representing Callahan for the purpose of reviewing the Court's summary judgment decision, conducting research, and considering Callahan's potential arguments for an appeal. The undersigned will not be representing Callahan in an appeal. However, Callahan still wishes to appeal and is in the process of finding and retaining counsel to represent him in.

2. Allowing Callahan this short period of time to retain new counsel is preferable to the undersigned filing a notice of appeal on behalf of Callahan and then withdrawing

representation when Callahan finds new counsel to represent him fully. If the Court allows Callahan this brief extension, he will be able to find counsel willing to represent him through every phase of an appeal.

3. The undersigned has attempted to contact counsel for defendants to determine their positions on this extension. Attorney Joseph Costello of Morgan, Lewis & Bockius indicated that he objects to this motion. The undersigned has contacted other counsel and has left messages, but has not heard back from them.

4. This is Callahan's second motion for extension of time regarding his Notice of Appeal deadline.

For all the reasons stated above, Callahan requests that the Court grant his motion for an extension of time to file Notice to December 2, 2006.

THE PLAINTIFF: William E. Callahan

BY /s/ Thomas G. Moukawsher
 Thomas G. Moukawsher ct08940
 Moukawsher & Walsh, LLC
 21 Oak Street, Suite 209
 Hartford, CT 06106
 (860) 278-7000
 tmoukawsher@mwlawgroup.com

HIS ATTORNEYS

## CERTIFICATION

I hereby certify that on November 16, 2006, a copy of foregoing PLAINTIFF'S SECOND OPPOSED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

For Defendants Alco Standard and
Ikon Office Solution
Joseph J. Costello
Susan Elizabeth Hamilton
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103
215-963-5295
215-963-5001 (fax)
jcostello@morganlweis.com

Patrick M. Fahey
Robert L. Wyld
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919
860-251-5000
860-251-5219 (fax)
pfahey@goodwin.com
rwyld@goodwin.com

Kay Kyungsun Yu
Pepper Hamilton
Two Logan Square
18th & Arch Streets
215-981-4188
215-689-4545 (fax)
Philadelphia, PA 19103
yukay@pepperlaw.com

<u>For Defendants Georgia Pacific Corp and Unisource Worldwide Inc.</u>

| | |
|---|---|
| Rayne Rasty | Felix J. Springer |
| Georgia Pacific Corp-Law Dept. | Jennifer L. Sachs |
| 133 Peachtree St. NE | Day, Berry & Howard |
| Atlanta, GA 30303-1847 | One Canterbury Green |
| 404-652-5573 | Stamford, CT 06901-2047 |
| 404-584-1461 (fax) | 203-977-7572 |
| rmrasty@gapac.com | 203-977-7301 (fax) |
| | jlsachs@dbh.com |
| | fjspringer@dbh.com |

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06016
(860) 278-7000
tmoukawsher@mwlawgroup.com